UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**JAGERITA HOLDINGS, LLC,** d/b/a **WOOLLY CLOUTHING COMPANY,** a Washington entity**,**

                     *Plaintiff*,   :   25-cv-01347

      -against-   **ORDER**

**BAYLINK SHIPPING, INC.,** a New York entity, and **GLOBAL TRANZ ENTERPRISES, LLC,** a Delaware entity**,**

                    *Defendants*.
------------------------------------------------------------------- x
**ANDREW L. CARTER, JR., District Judge:**

      Defendant Baylink Shipping, Inc.is hereby **ORDERED** to respond to Plaintiff's Request for a Pre-Motion Conference, dated June 30, 2025 (Dkt. No. 39).

**SO ORDERED.**

**Dated:   July 17, 2025**
          **New York, New York**       **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**