UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

**JAGERITA HOLDINGS, LLC,** d/b/a **WOOLLY**    :
**CLOTHING COMPANY,** a Washington entity**,**    :
   :
                         *Plaintiff,*    :     25-cv-01347
   :
      -against-    :     **AMENDED**
   :
**BAYLINK SHIPPING, INC.,** a New York entity, and    :     **CONFERENCE ORDER**
**GLOBAL TRANZ ENTERPRISES, LLC,** a Delaware    :
entity**,**    :
   :
                        *Defendants.*    :

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The telephonic conference currrently scheduled for March 3, 2026 at 3:30 PM ET is

hereby rescheduled to March 3, 2026 at 11:00 AM ET.

**SO ORDERED.**

**Dated:**     **February 27, 2026**
          **New York, New York**         _____
                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**

1