UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

**JAGERITA HOLDINGS, LLC,** d/b/a **WOOLLY**       :
**CLOTHING COMPANY,** a Washington entity**,**       :

      :

              *Plaintiff,*       :       25-cv-01347

      :

      -against-       **ORDER**

      :

**BAYLINK SHIPPING, INC.,** a New York entity, and   :
**GLOBAL TRANZ ENTERPRISES, LLC,** a Delaware : 
entity**,**       :

      :

              *Defendants*.       :

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

For the reasons stated on the record during today's telephonic conference, Defendants' Motions to Dismiss (Dkt. Nos. 18, 21) are **DENIED** without prejudice. Plaintiff's request for jurisdictional discovery (Dkt. No. 27 at 21–22) is **GRANTED**, and Plaintiff is further **GRANTED** leave to file a Second Amended Complaint following the completion of jurisdictional discovery.

The Parties are **ORDERED** to file a joint status report by **March 10, 2026**. In the joint status report, Woolly and GlobalTranz shall jointly propose a schedule for the jurisdictional discovery and should let the Court know whether they have agreed on how discovery will proceed. To the extent Woolly and GlobalTranz cannot agree, they should include an explanation of their disagreements in the report. GlobalTranz should also provide an update regarding the citizenship of its members.

The report should also include a discussion from Plaintiffs and Baylink concerning whether they intend to proceed with merits discovery alongside the limited jurisdictional discovery.

1

Finally, the Parties should let the Court know whether they would like any assistance in the mediation or settlement of this matter.

The Clerk of Court is respectfully directed to terminate the pending motions at Dkt. Nos. 18 & 21.

**SO ORDERED.**

**Dated:**      **March 3, 2026**
              **New York, New York**          **ANDREW L. CARTER, JR.**
                                               **United States District Judge**