**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

**JAGERITA HOLDINGS, LLC,** d/b/a **WOOLLY CLOTHING COMPANY,** a Washington entity,

*Plaintiff*,

-against-

**BAYLINK SHIPPING, INC.,** a New York entity, and **GLOBAL TRANZ ENTERPRISES, LLC,** a Delaware entity,

*Defendants*.

------------------------------------------------------------------ x

25-cv-01347

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Per the parties' request, the hearing previously scheduled for October 30, 2026, is **ADJOURNED** to **November 17, 2026**, at 4:00p.m. The parties should appear in person in Courtroom 444 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, on the date and time specified above. The parties should be prepared to discuss settlement.

The Clerk of Court is respectfully directed to terminated ECF No. 75.

**SO ORDERED.**

**Dated:** **October 20, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**