**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**JAGERITA HOLDINGS, LLC,** d/b/a **WOOLLY CLOTHING COMPANY,** a Washington entity**,**

*Plaintiff,*

-against-

**BAYLINK SHIPPING, INC.,** a New York entity, and **GLOBAL TRANZ ENTERPRISES, LLC,** a Delaware entity**,**

*Defendants.*

-------------------------------------------------------------------- x

25-cv-01347

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed at the hearing held on November 17, 2026, Plaintiff shall file their amended complaint by December 1, 2026. The parties are **ORDERED** to submit a joint status report by December 15, 2026, regarding settlement and proposing a briefing schedule for Defendant's motion to dismiss, if they wish to file one. The parties should indicate whether they would like a referral to mediation or a Magistrate Judge for a settlement conference, or if they would like for the Court to assist in settlement efforts.

**SO ORDERED.**

**Dated:** **November 19, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**